# EXHIBIT B


*Also have to be escorted while in city hall*
*Lt. Albert Bonner #0043*



## MEMPHIS POLICE DEPARTMENT

### LISTING OF PERSONS BARRED FROM PREMISES

I, **Jim Strickland** being the (owner, person in charge) of the premises located at (address) **267 Ridgefield** doing business as (name of business) _____
in Memphis, Shelby County, Tennessee, do hereby state that the following individuals have by personal communication from me or someone with authority to act for me been ordered to stay off the described property:

| NAME | AGE | RACE | HEIGHT | WEIGHT |
|---|---|---|---|---|
| ANTWUAN J. WILLIAMS | DOB: ▓ | M/B | 6'0" | 260 LBS |
| JASMINE Y. GARNER | DOB: ▓ | F/B | 5'4" | 185 LBS |
| STANLEY G. LOMAX | DOB: ▓ | M/B | 6'1" | 225 LBS |
| FELICIA SCARPATI-LOMAX | DOB: ▓ | F/B | 5'4" | 165 LBS |
| DEANN J. GREEN | DOB: ▓ | F/B | 5'5" | 228 LBS |
| CEDRIC D. HORTON | DOB: ▓ | M/B | 5'11" | 230 LBS |
| LORRIE M. GARCIA | DOB: ▓ | F/W | 5'1" | 117 LBS |
| DEION D. PHILLIPS | DOB: ▓ | M/B | 5'6" | 135 LBS |
| TREVON E. TONEY | DOB: ▓ | M/B | 6'5" | 310 LBS |
| JANELLE E. MACKLIN | DOB: ▓ | F/B | 5'9" | 210 LBS |
| THERYN C. BOND | DOB: ▓ | F/B | 5'4" | 120 LBS |
| ADAM F. WHITE | DOB: ▓ | M/W | 5'7" | 150 LBS |
| JASON F. SHARIF | DOB: ▓ | M/B | 5'9" | 215 LBS |

See Addendum for additional names.

Witnessed By: **Albert Bonner #0043**  Signature: **Jim Strickland** (Property Owner/agent)
Title: **Lieutenant**  Title: **Owner**
Date/Time: **1-4-17 4:49 pm**  Date/Time: **1-4-17 4:49 pm**

AA 0306



**MEMPHIS POLICE DEPARTMENT**

**LISTING OF PERSONS BARRED FROM PREMISES**

*Also have to be escorted while in City Hall* 

I, Jim Strickland being the (owner, person in charge) of the premises located at (address) 267 Ridgefield doing business as (name of business) _____ in Memphis, Shelby County, Tennessee, do hereby state that the following individuals have by personal communication from me or someone with authority to act for me been ordered to stay off the described property:

| NAME | AGE | RACE | HEIGHT | WEIGHT |
|---|---|---|---|---|
| DEMALE MCVAY | DOB: ▮ | M/B | 5'11" | 350 LBS |
| ALLYSON TRULY | DOB: ▮ | F/B | 5'7" | 200 LBS |
| TERRY STEWART | DOB: ▮ | F/B | 5'7" | 150 LBS |
| MARY STEWART | DOB: ▮ | F/B | 5'6" | 170 LBS |
| ADAM GUERRERO | DOB: ▮ | M/W | 6'3" | 250 LBS |
| DEVANTE HILL | DOB: ▮ | M/B | 6'3" | 190 LBS |
| BRADLEY WATKINS | DOB: ▮ | M/B | 5'9" | 200 LBS |
| SPENCER KAAZ | DOB: ▮ | M/W | 5'8" | 160 LBS |
| JYANNI WEBSTER | DOB: ▮ | M/F | 5'6" | 150 |
| KEEDRAN FRANKLIN | DOB: ▮ | M/B | 6'0" | 175 LBS |
| FERGUS NOLAN | DOB: ▮ | M/W | 5'6" | 200 LBS |
| PAUL GARNER | DOB: ▮ | M/W | 5'9" | 170 LBS |
| IAN JEFFERIES | DOB: ▮ | B/M | 6'2" | 240 LBS |

See Addendum for additional names.

Witnessed By: Albert Bonner

Title: Lieutenant

Date/Time: 1-4-17 4:53 p.m.

Signature: _____ (Property Owner/agent)

Title: Owner

Date/Time: 1/4/17 4:53 AM

AA 0306

*All listed have to be escorted while inside of city hall.* J.T. Alb Barnn #0043



## MEMPHIS POLICE DEPARTMENT
## LISTING OF PERSONS BARRED FROM PREMISES

I, __Jim Strickland__ being the (owner, person in charge) of the premises located at (address) __267 Ridgefield__ doing business as (name of business) _____

in Memphis, Shelby County, Tennessee, do hereby state that the following individuals have by personal communication from me or someone with authority to act for me been ordered to stay off the described property:

| NAME | AGE | RACE | HEIGHT | WEIGHT |
|---|---|---|---|---|
| FRANK GIBSON | DOB: ▮ | M/B | 5' 8" | 200 LBS |
| DETRIC D. GOLDEN | DOB: ▮ | M/B | 5' 10" | 200 LBS |
| MAUREEN SPAIN | DOB: ▮ | F/W | 5' 4" | 120 LBS |
| AARON L. LEWIS JR. | DOB: ▮ | M/B | 6' 2" | 260 LBS |

See Addendum for additional names.

Witnessed By: __Albert Barner #0043__  Signature: __[signed]__ (Property Owner/agent)

Title: __Lieutenant__  Title: __Owner__

Date/Time: __1/4/17 4:48 p.m.__  Date/Time: __1/4/17 4:48 pm__

AA 0306



# MEMPHIS POLICE DEPARTMENT

## LISTING OF PERSONS BARRED FROM PREMISES

I, _Jim Strickland_ being the (owner, person in charge) of the premises located at (address) _267 Ridgefield_ doing business as (name of business) _____ in Memphis, Shelby County, Tennessee, do hereby state that the following individuals have by personal communication from me or someone with authority to act for me been ordered to stay off the described property:

| NAME | AGE | RACE | HEIGHT | WEIGHT |
|---|---|---|---|---|
| TAMAN ARAFAT QURAN | DOB: | / F/O | 5'6" | / 130 LBS |
| QRAZZAN HAZEM QURAN | DOB: | / F/O | 5' 4" | 120 LBS |
| MONICA BROWN | DOB: | F/W | 5' 3" | 120 LBS |
| WILLIAM JOHNSON | DOB: | M/B | 6' 2" | 190 LBS |
| DANA ASBURY | DOB: | F/B | 5' 7" | 140 LBS |
| CHRISTIAN KIRK | DOB: | F/B | 5' 11" | 185 LBS |
| STANLEY POLSON | DOB: | W/M | 6' 4" | 250 LBS |
| DARCIE POLSON | DOB | F/W | 5' 4" | 125 LBS |
| GREGORY THOMPSON | DOB: | M/B | | |
| ELAINE BLANCHARD | DOB: | F/W | 5" 4" | 135 LBS |
| ANTONIO CATHEY | DOB: | | 6' 4" | 290 LBS |
| ALEXIS ISBELL | DOB: | | 6' 1" | 350 LBS |
| EARL FISHER | DOB: | | | |

See Addendum for additional names.

Witnessed By: _Albert Bonner # 0043_  Signature: _[signed]_ (Property Owner/agent)

Title: _Lieutenant_   Title: _Owner_

Date/Time: _1-4-17 4:51 p.m._   Date/Time: _1/4/17 4:51 pm_

AA 0306



## MEMPHIS POLICE DEPARTMENT

### THE FOLLOWING PEOPLE HAVE TO BE ESCORTED AT ALL TIMES WHILE INSIDE OF CITY HALL

I Lt. A. Bonner being the (person in charge) of the premises located at (125 North Main), doing business as the Memphis Police Dept. in Memphis, Shelby County, Tennessee, do hereby state that the following individuals have by personal communication from me or someone with authority to act for me been ordered to stay off the described property:

**NAME**

1. Amber Duvall — F/W
2. Rachel Gay — F/W
3. Seema Rasoul — F/W
4. Robert Smith — M/W
5. Paul Garner — M/W
6. Erick Conner — M/W
7. Jessica Reznicek — F/W
8. Clay Ayers — M/W
9. Ruby Montoya — F/W
10. Spencer Kaaz — M/W
11. Katherine Hanson — F/W

AA 0306

12. Olivia Ramirez          F/W          ███

13. Hunter Dempster         M/W          ███

14. Pamela Moskey F/B

Witnessed By: _Allen Brown #0043_    Signature: _W. Mout_
                                               (Property Owner/agent)

Title: _Lieutenant_                   Title: _Officer_

Date/Time: _1/17/17 4:50pm_           Date/Time: _1/17/17 4:55pm_

W. Mout
Officer
1/17/17 : 4:55

Allen Brown #0043
Lieutenant
1/17/17 4:50pm

AA 0306

Subject: City Hall Escort list

Bernard Gillard-vandalism

Reginald Brown-harassment and intimidation

Theotis Brown-harassment and intimidation

Richard Smith-criminal trespass

Equinta Washington-former employee

Anthony Hayes-former employee

Sherman Raines-disorderly conduct

Hattie L. King-former employee

Tamara G. Webb-former employee

Charlie Darnell Nelson-intimidation and harassment

Kent Young-former employee

George Weaver-harassment

Isareal Britt-Taylor-former employee

Deborah Sturdivant-former employee

Willie Moore-threats

Eric J. Bland-former employee

Demetrius Parson-former employee

Joseph Lumpkin-former employee

Diane Townsend-Disorderly conduct

William Paul Gillespie-Order of Protection

Gabriel Vaughn-former employee

Kanekia Wilson-former employee

Allison Devante-threats

Vivian Umfress-former employee

Elwood Shepard-former employee

Alamdulliah Wa-Salatus-threats

Eric Mills-former employee