IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| MID-SOUTH ORGANIZING COMMITTEE and ANTONIO BLAIR CATHEY, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | NO. 2:17-CV-02140-SHL-cgc |
| CITY OF MEMPHIS, MAYOR JAMES STRICKLAND, in his official capacity only, and DIRECTOR MICHAEL RALLINGS, in his official capacity only, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by and between the parties, by and through their respective attorneys, as follows:

1. That Plaintiffs hereby voluntary dismiss this action against the Defendants, without prejudice to the reinstating of the same.

2. It is stipulated by and among the parties that Plaintiff shall be permitted to refile this action as to the City of Memphis for a period of eighteen (18) months from the filing of this Stipulation. The parties intend and stipulate that, if the action is refiled within eighteen months from the filing of this Stipulation, the City of Memphis will not assert or argue that this action is time-barred by law, statute or otherwise.

3. That each party shall bear its own costs, including, but not limited to attorney fees, related to this action.

Dated: June 12, 2017

Respectfully Submitted,

s/ Jerry E. Martin
Jerry E. Martin
Scott P. Tift
David W. Garrison
Barrett, Johnston, martin & Garrison, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, Tennessee 37219
E-mail: jmartin@barrettjohnston.com
dgarrison@barrettjohnston.com
stift@barrettjohnston.com

Mary Joyce Carlson, Esq.
1130 Connecticut Avenue, NW
Suite 950
Washington, DC 20036
E-mail: carlsonmjj@yahoo.com

*Attorneys for Plaintiff*

s/ Thomas L. Parker
Buckner Wellford (#TN 9687)
Thomas Parker (#TN 13908)
Jennie Vee Silk (#TN 35319)
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee  38103
Telephone:  901.577.2152
Fax:  901.577.0786
Email: bwellford@bakerdonelson.com
tparker@bakerdonelson.com
jsilk@bakerdonelson.com

*Attorneys for Defendant, The City of Memphis*