```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION
```

| | |
|---|---|
| MID-S0UTH ORGANIZING COMMITTEE and ANTONIO BLAIR CATHEY,<br><br>   Plaintiffs,<br><br>v.<br><br>CITY OF MEMPHIS, MAYOR JAMES STRICKLAND, in his official capacity only, and DIRECTOR MICHAEL RALLINGS, in his official capacity only,<br><br>   Defendants. | No. 2:17-cv-2140-SHL-cgc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiffs' Complaint (ECF No. 1), filed March 1, 2017,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal Without Prejudice (ECF No. 41) filed June 12, 2017, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in this matter are hereby **DISMISSED WITHOUT PREJUDICE.**

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

June 12, 2017
Date